ACCEPTED
03-15-00714-CR
8180564
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/10/2015 1:58:57 PM
JEFFREY D. KYLE
CLERK

# Linda Icenhauer-Ramirez

1103 Nueces, Austin, Texas 78701

Phone:  512-477-7991  Fax:  512-477-3580

E-Mail: ljir@aol.com

## Attorney and Counselor at Law

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/10/2015 1:58:57 PM
JEFFREY D. KYLE
Clerk

December 10, 2015

Mr. Jeffrey Kyle, Clerk
Third Court of Appeals of Texas
P.O. Box 12547
Austin, Texas 78711

Re:  State of Texas v. Ricardo Rodriguez Calderon
     Court of Appeals Cause No. 03-15-00714-CR
     Trial Court Cause No. CR 14-0384 in the 22nd District Court of Hays County, Texas

Dear Mr. Kyle:

        This is to inform the court that I have been appointed to represent the Appellant Ricardo Rodriguez Calderon in this appeal.  Attached is a copy of my appointment.  Please put me down as counsel of record in this cause and notify me of all further action in this case.  Pursuant to Tex.R.App.Proc. 6.2, please find below my contact information:

> Linda Icenhauer-Ramirez
> Attorney at Law
> 1103 Nueces
> Austin, Texas 78701
> Phone:  512-477-7991
> Fax:  512-477--3580
> Email:  ljir@aol.com
> SBN:  10382944

        If you need any further  information from me, please contact me.

                    Sincerely,

                    /s/ Linda Icenhauer-Ramirez
                    Linda Icenhauer-Ramirez

cc:    Ms. Jennifer Stalbaum, Asst. District Attorney
       Hays County District Attorneys Office

CAUSE NO. CR14-0384

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF |
| Ricardo Calderon | § | HAYS COUNTY, TEXAS |

## APPOINTMENT OF ATTORNEY IN APPEAL

On the 12th day of November, 2015,

Linda Icenhauer-Ramirez was appointed by the Court to represent the above named Defendant in the appellate case CR14-0384

It is hereby ORDERED that Linda Icenhauer-Ramirez, be appointed to represent the defendant in the above named and styled cause.

SIGNED ON THIS THE 16 DAY OF November, 2015.

_____
JUDGE PRESIDING